463 A.2d 27

Commonwealth v. Warner, Appellant.

Submitted April 27, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.